John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x   21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER                :
MANHATTAN DISASTER SITE LITIGATION
-------------------------------------------------------------------- x   Civil Action No.: 07CV1497
ISMA GALLEGO and HERNANDO GALLEGO,

                                       Plaintiff(s),           :           **NOTICE OF BATTERY PARK
                                                                              CITY AUTHORITY's**
          -against-                                           :           **ADOPTION OF ANSWER TO
                                                                              <u>MASTER COMPLAINT</u>**
BATTERY PARK CITY AUTHORITY.                       :

                                       Defendant(s).         :

                                                                 :
-------------------------------------------------------------------- x

        PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as

and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt

BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated

August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan*

*Disaster site Litigation*, 21 MC 102 (AKH).

        WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing

the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
          September 25, 2007

1699047.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
    & DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00172

By:     _____
        John M. Flannery (JMF-0229)