UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER                    21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
ISMA GALLEGO AND HERNANDO GALLEGO

                                      Plaintiffs,          Index No.: 07 CV 1497

        -against-                                           **NOTICE OF APPEARANCE**

MILFORD MANAGEMENT CORP., *et al.*
                                                           **ELECTRONICALLY FILED**
                                   Defendants.
------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**MILFORD MANAGEMENT CORP., THE BOARD OF MANAGERS OF LIBERTY HOUSE CONDOMINIUM, I/S/H/A "LIBERTY HOUSE CONDOMINIUM", and THE BOARD OF MANAGERS OF LIBERTY TERRACE CONDOMINIUM, I/S/H/A "LIBERTY TERRACE CONDOMINIUM".**

I certify that I am admitted to practice in this court.

Dated:      New York, New York
               December 10, 2007

                                           LONDON FISCHER LLP

                        By:   _____
                               Gillian Hines Kost (GK-2880)
                               59 Maiden Lane
                               New York, New York 10038
                               Phone: (212) 972-1000
                               Fax: (212) 972-1030

        *Attorney for Defendants*
        **MILFORD MANAGEMENT CORP., THE BOARD OF MANAGERS OF LIBERTY HOUSE CONDOMINIUM, I/S/H/A "LIBERTY HOUSE CONDOMINIUM", and THE BOARD OF MANAGERS OF LIBERTY TERRACE CONDOMINIUM, I/S/H/A "LIBERTY TERRACE CONDOMINIUM".**

K: VGFutterman\WTC-Milstein\Plaintiff\Gallego\Pleadings\Notice of Appearance